UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL TATRO,
    Plaintiff

v.                                                                 C.A. No. 09-631 S

CITIGROUP, INC.,
ET AL.,
    Defendants.

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on February 11, 2010, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, Defendant Siddharth N. Mehta's and Defendant Kenneth I. Chenault's Motions to Dismiss are hereby GRANTED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge
Date: 2/26/10