UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL P. TATRO,
    Plaintiff,

v.                                        C.A. No. 09-631 S

CITIGROUP, INC., ET AL.,
    Defendants

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on March 15, 2010, in the above-captioned matters is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, Defendant J. Dann Adams' and Defendant Richard F. Smith's unopposed Motions to Dismiss are hereby GRANTED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 4/7/10